# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SEAN LEE BRAGGS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 3:19-cv-0023
Criminal Case No. 3:16-00209

## MEMORANDUM OPINION AND ORDER

    This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's Motion for Relief from a Judgment by Correcting Pre-Sentence Investigation Report be denied (ECF No. 26) and that this action be dismissed, with prejudice, and removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

    Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Movant's Motion for Relief from a Judgment by Correcting Pre-Sentence Investigation Report be **DENIED** (ECF No. 26) and that this action be **DISMISSED**, with prejudice, and **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: May 4, 2020

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE